UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTONIO PIZZOFERRATO | : | Civil Action No. 3:14-CV-00702 (JAM) |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| HARTFORD HOSPITAL | : | |
| Defendant | : | AUGUST 13, 2015 |
| | : | |

## WITHDRAWAL OF ACTION

The Plaintiff's action is hereby withdrawn as to all Defendants without costs taxed to either party.

THE PLAINTIFF

BY: *Jeffrey D. Cedarfield*
Jeffrey D. Cedarfield, Esq. (ct23251)
Cedarfield Law
124 Jefferson Street
Hartford, CT  06106
Telephone (860)527-9611
Facsimile (860) 525-9986
jdc@cedarfieldlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 13, 2015, a copy of the forgoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                              *Jeffrey D. Cedarfield*
                                             Jeffrey D. Cedarfield, Esq.